The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILEMS JUSTILIEN, *et al.*,<br>Petitioners,<br>v.<br>JULIO HERNANDEZ, *et al.*,<br>Respondents. | Case No. 2:26-cv-02077-SKV<br>**STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR FEES AND COSTS UNDER EAJA**<br>Note on Motion Calendar:<br>October 22, 2026 |

For good cause, Petitioners and Federal Respondents, by and through their counsel of record, jointly stipulate and move to extend Petitioners' deadline to file any post-judgment motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223 (S. Ct. filed Apr. 20, 2026).

The Court granted Petitioners' habeas petition in part and entered judgment on July 24, 2026. *See* Dkts. 14 & 15. A party seeking EAJA fees is required to file a motion "within thirty days of final judgment in the action,"[1] 28 U.S.C. § 2412(d)(1)(B), and for purposes of EAJA, a "final judgment" means a judgment that is final and not appealable, *id.* § 2412(d)(2)(G).

---

[1] The thirty-day deadline to file a motion under 28 U.S.C. § 2412(d)(1)(B) is non-jurisdictional and may be extended. *See Scarborough v. Principi*, 541 U.S. 410, 413 (2004).

Respondents had 60 days to appeal the judgment, until September 22, 2026. Fed. R. App. P. 4(a)(1)(B). The judgment therefore became final and not appealable upon expiration of the appeal period. Accordingly, Petitioner's motion is currently due on October 22, 2026.

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios*, on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. 146 S. Ct. 2789 (2026). The parties have conferred and agree that extending Petitioners' EAJA deadline until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources.

Accordingly, the parties respectfully request that the Court stay the deadline for Petitioners' motion for fees and order a joint status report within 14 days of the Supreme Court's decision in *Montoya Palacios.*

Respectfully submitted this 22nd day of October, 2026.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang,* WSBA No. 48048
leila@nwirp.org

**I certify that this motion contains 337 words, in compliance with the Local Civil Rules.*

Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
*Counsel for Petitioners*

*s/ Peter H. Clark*
PETER H. CLARK, WSBA No. 40154
Special Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (206) 948-2171
Email: peter.clark2@usdoj.gov
*Attorney for Federal Respondents*

## ~~[PROPOSED]~~ ORDER

The parties having stipulated and agreed, Petitioners' deadline to file a motion for attorneys' fees shall be stayed and that the parties shall file a joint status report within 14 days after the Supreme Court issues its decision in *Montoya Palacios*.

IT IS SO ORDERED.

DATED this 18th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge